No. 74–388.  CASEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 74–407.  INFELICE *v.* UNITED STATES; and
No. 74–5397.  GARELLI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: No. 74–407, 500 F. 2d 1405; No. 74–5397, 500 F. 2d 1406.

No. 74–414.  DE VESTE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–423.  PROVIDENT LIFE INSURANCE CO. ET AL. *v.* RESERVE LIFE INSURANCE CO. ET AL.; and
No. 74–617.  RESERVE LIFE INSURANCE CO. ET AL. *v.* PROVIDENT LIFE INSURANCE CO. ET AL.  C. A. 8th Cir. Certiorari denied.  Reported below: 499 F. 2d 715.

No. 74–427.  WILLIAMS *v.* GAGLIARDI, U. S. DISTRICT JUDGE.  C. A. 2d Cir.  Certiorari denied.

No. 74–436.  MEDENICA *v.* CALLAWAY, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied.

No. 74–442.  ESSEX, ADMINISTRATRIX *v.* VINAL ET AL. C. A. 8th Cir.  Certiorari denied.

No. 74–445.  HASWELL *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 74–461.  ALEXANDER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–477.  LIPPMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–484.  PRINCE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.